**STDM**
WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorney for Defendant, New Residential Mortgage, LLC dba Shellpoint Mortgage Servicing*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MAYFIELD and MARIA MAYFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>NEW RESIDENTIAL MORTGAGE, LLC dba SHELLPOINT MORTGAGE SERVICING.<br><br>Defendant. | Case No.: 2:20-cv-00892-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

**COMES NOW**, Plaintiffs, William Mayfield and Maria Mayfield ("Plaintiffs"), by and through their attorney, Shawn W. Miller, Esq., of the law firm of Krieger Law Group, LLC; and Defendant, New Residential Mortgage, LLC dba Shellpoint Mortgage Servicing ("Defendant"), by and through its counsel of record, Ramir M. Hernandez, Esq. of the law firm Wright, Finlay & Zak, LLP (collectively, the "Parties") by and through their respective attorneys of record, that, pursuant to a confidential settlement amongst the Parties, all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2021.

| KRIEGER LAW GROUP, LLC | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| */s/ Shawn W. Miller* | */s/ Ramir M. Hernandez* |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>*Attorney for Plaintiff, William and Maria Mayfield* | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, New Residential Funding, LLC dba Shellpoint Mortgage Servicing* |

**ORDER**

IT IS SO ORDERED.

Dated this 11 day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court